

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 24, 2023

> Application GRANTED. The initial pretrial conference scheduled for November 7, 2023, is hereby ADJOURNED to December 12, 2023, at 9:00 a.m. The Clerk of Court is directed to terminate ECF No. 12.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
>
> October 25, 2023

*Via ECF*
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Edward Opinaldo v. Valnet Inc.*
       Case No: 1:23-cv-06963-JMF

Dear Judge Furman:

We are the attorneys for Plaintiff Edward Opinaldo ("Plaintiff") in this matter. Pursuant to Rule 2(E) of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference date until at least 14 days after Defendant Valnet, Inc. ("Defendant")'s deadline for responding to the Complaint.

Defendant executed a waiver of service on August 24, 2023, setting November 22, 2023 as Defendant's deadline to answer the Complaint (ECF No. 9). The initial conference is currently set for November 7, 2023. Defendant consents to this request and no adjournments or extensions were previously sought.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s *Renee J. Aragona*
Renee J. Aragona

cc:   Lindsay R. Edelstein, Esq.
       Mitchell Silberberg & Knupp LLP
       *Via email to lre@msk.com*

       *Counsel for Defendant*