UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                     :

EDWARD OPINALDO,                                         :

                            Plaintiff,                      :
                                                         :         23-CV-6963 (JMF)
                -v-                                 :
                                                         :             <u>ORDER</u>

VALNET, INC.,                                            :

                           Defendant.                  :
                                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The initial pretrial conference scheduled for tomorrow, December 12, 2023, at 10:00 a.m., is hereby RESCHEDULED to **December 14, 2023**, at **4:00 p.m.** The call-in information remains the same. If counsel are no longer available at that time, they shall confer and file a letter no later than tomorrow, December 12, 2023, indicating their joint availability for a conference later this week.

       SO ORDERED.

Dated: December 11, 2023
       New York, New York                                 JESSE M. FURMAN
                                                     United States District Judge